# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE C. BROWN, | ) Case No. CV 08-8405-SVW (DTB) |
| Petitioner, | ) |
| vs. | ) ORDER TO SHOW CAUSE |
| JIMMY WALKER, WARDEN, | ) |
| Respondent. | ) |

On August 10, 2009, the Court appointed the Office of the Federal Public Defender as counsel for petitioner. The Court further ordered that within 60 days of the service date of the Order, the assigned Deputy Federal Public Defender was to

    1.    Serve and file a Notice of Appearance;

    2.    Make arrangements with the clerk to review and copy all relevant files and records; and

    3.    Complete his/her initial review and analysis of the relevant files and records, consult with petitioner, and file a First Amended Petition on the approved Central District habeas form.

As of the date of this Order to Show Cause, the assigned Deputy Federal Public Defender has failed to comply with the Court's August 10, 2010 Order.

Therefore, the Federal Public Defender is hereby Ordered to Show Cause, if any

1 | he has, for his failure to comply with the Court's August 10, 2009, Order. Within 14
2 | days of today's date, the Federal Public Defender shall file a written response to the
3 | Order to Show Cause.
4 |     Further, IT IS HEREBY ORDERED that the Federal Public Defender shall
5 | appear before this Court on **February 4, 2010, at 10:00 a.m.**, in Courtroom 4, to
6 | show cause, if any, as to why the Court should not impose monetary sanctions for his
7 | failure to comply with this Court's Order.

DATED: January 20, 2010

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE